# THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| TAMMY M. BOMKAMP,<br><br>      Plaintiff,<br><br>   v.<br><br>WESTERN GOVERNORS UNIVERSITY and UNKNOWN LIABILITY INSURANCE COMPANY, Insuring Western Governors University,<br><br>      Defendants. | **Case No. 3:18-cv-00518-slc** |

## STIPULATED DISMISSAL

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Tammy M. Bomkamp and Defendant Western Governors University, by and through their respective undersigned counsel, hereby stipulate to the dismissal of Plaintiff's claims against Defendant on the merits, with prejudice, and without attorneys' fees or costs.

DATED this _____ day of April, 2019.

| KASIETA LEGAL GROUP, LLC | RAY QUINNEY & NEBEKER, P.C. |
|---|---|
| By: /s/ <br>     Robert J. Kasieta, SBN 1000107 <br>     559 D'Onofrio Drive, Suite 222 <br>     Madison, WI  53719 <br>     Tel: (608) 662-2286 <br>     Fax: (608) 662-9977 <br>     rjkasieta@kasieta.com <br><br> *Attorney for Plaintiff* | By: /s/ <br>     ROBERT O. RICE, USB 6639 <br>     BRITTANY J. MERRILL, USB 16104 <br>     36 South State Street, Suite 1400 <br>     P. O. Box 45385 <br>     Salt Lake City, UT 84145-0385 <br>     Tel:  (801) 532-1500 <br>     Fax:  (801) 532-7543 <br>     rrice@rqn.com <br>     bmerrill@rqn.com <br><br> MICHAEL BEST & FRIEDRICH LLP <br> Denise L. Greathouse, SBN 1055644 <br> 100 East Wisconsin Avenue, Suite 3300 <br> Milwaukee, WI  53202-4108 <br> Ph: 414-271-6560 <br> Fax: 414-277-0656 <br> dlgreathouse@michaelbest.com <br><br> Tanya M. Salman, SBN 1089151 <br> One South Pinckney Street, Suite 700 <br> Madison, WI  53703 <br> Ph: 608-257-3501 <br> Fax: 608-283-2275 <br> tmsalman@michaelbest.com <br><br> *Attorneys for Defendant* |